NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1529

ROBERT GENTILE,

Plaintiff-Appellee,

v.

SUN PRODUCTS, INC. and SUN HOCKEY, INC.,

Defendants,

and

JOHN M. GILL,

Defendant-Appellant.

Appeal from the United States District Court for the District of Massachusetts in case no. 1:05-CV-11885, Judge Nancy Gertner.

ON MOTION

## O R D E R

The court treats John M. Gill's resubmitted opening brief as a motion for leave to file his informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     Robert Gentile's brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**NOV 1 2 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Thomas Patrick O'Connell, Esq.
       John M. Gill

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 2 2009

JAN HORBALY
CLERK